IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARCO A. ESPINOZA,<br><br>　　　　　Defendant.<br>_____ | 2:10-cr-00155-GEB-1<br><br><u>ORDER RE SEALED CASE</u> |

　　　　This transferred case was sealed by the United States District Court for the Northern District of California. This case was action number 08-0321 in the Northern District. Since the only documents filed in 10-cr-00155 are the transfer of jurisdiction (Probation 22), the information, the judgment, and the probation transfer, the criminal action in this district will be unsealed unless a basis for continuing to have this action sealed is provided to the undersigned judge by noon on August 10, 2010.

　　　　The Clerk of the Court shall serve a copy of this Order on the United States Attorney in this district, the Federal Defender in this district, and the United States Probation Office in this district.

Dated: August 4, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1