UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:10-cr-00155-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER UNSEALING CASE** |
| MARCO A. ESPINOZA, | |
| Defendant. | |

This case shall be unsealed because justification has not been provided supporting keeping it sealed as required by the Order filed August 5, 2010.

Dated:  October 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1